UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KEANE, | Case No. CV 10-7262 MRW |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The decision of the Administrative Law Judge is AFFIRMED. Judgment shall be entered in favor of Defendant.

DATE: August 1, 2011

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE